IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYNCORA GUARANTEE INC.,
formerly known as XL CAPITAL
ASSURANCE, INC.,

    Plaintiff,

vs.

EMC MORTGAGE CORPORATION,

    Defendant.
_____/

No. MISC S-12-007 JAM EFB

[S.D.N.Y. Case No. 09 CV 3106 (PAC)]

<u>ORDER</u>

On March 7, 2012, the court heard plaintiff's motion to compel further deposition testimony from non-party Greenpoint Mortgage Funding, Inc. ("Greenpoint"). Dckt. No. 3. Attorneys John Girarde, James Murphy, and Erik Haas appeared at the hearing on behalf of plaintiff; attorneys Michael Schaps, William Warne, and Cameron Matheson appeared on behalf of Greenpoint.

As stated on the record, and for the reasons stated on the record, plaintiff's motion to compel is granted. Plaintiff is permitted an additional seven hours to depose Greenpoint's corporate designee, Rose Medina. However, plaintiff's request for discovery sanctions pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), Dckt. No. 20 at 11, n.14, is denied.

////

1    Greenpoint's related request to seal two deposition transcripts submitted in connection
2 with the motion, Dckt. No. 24, is denied as unnecessary. The documents that Greenpoint
3 requested to seal were returned to Greenpoint's counsel at the March 7, 2012 hearing pursuant to
4 Eastern District of California Local Rule 141(e)(1).
5    Finally, defendant EMC Mortgage Corporation's request for an equal amount of time to
6 cross-examine Ms. Medina, Dckt. No. 20 at 37, is denied, as that request is not properly before
7 this court.[1]
8    SO ORDERED.
9 DATED: March 12, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the undersigned directed plaintiff's counsel to submit a summary order, in light of this order, plaintiff's counsel is no longer required to do so.